**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| MORRIS EDWARDS, III | CIVIL NO. 21-0032-P |
| VS. | JUDGE S. MAURICE HICKS, JR. |
| BRANDON ORTIZ, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Morris Edwards, III's claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking relief from defendants immune from such relief.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 3rd day of August, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT